# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

**RECEIVED**
FEB 08 2018
United States Bankruptcy Court
Middle District of Alabama

February 07, 2018

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3112164 for $8,046.80 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| ANNIE JEWEL CALHOUN<br>11-31842-DHW | JACKSON HOSPITAL<br>C/O FREDERICK ENSLEN ATTY<br>6728 TAYLOR CT<br>MONTGOMERY, AL, 36117 | $18.16 |
| CORSEY S PETERS<br>JANET A PETERS<br>11-11488-WRS | READY MIX dba BLOCK USA<br>C/O LAWRENCE J SEITER<br>P O BOX 1988<br>MOBILE, AL, 36633 | $2,486.08 |
| MYROAN LANE BROWN<br>VICKY DIANN BROWN<br>12-10138-WRS | USAA FEDERAL SAVINGS BANK<br>P O BOX 3978<br>SEATTLE, WA, 98124-3978 | $35.64 |
| BELINDA ADAMS<br>12-31584-DHW | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $4.26 |
| VICKIE R ROBINSON<br>12-81056-WRS | NATIONAL OPPORTUNITIES UNLIMITED<br>42 READS WAY<br>NEW CASTLE, DE, 19720-1649 | $93.67 |
| CLINTON PATRICK WILLIAMS<br>12-81117-WRS | CLINTON PATRICK WILLIAMS<br>1394 LEE RD 372<br>VALLEY, AL, 36854-8002 | $26.00 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| BOBBIE OWENS<br>12-11558-WRS | BOBBIE OWENS<br>1423 OWENS RD<br>GREENVILLE, AL, 36037 | $15.69 |
| REGENIA VERNELL FORD RUSH<br>12-32264-DHW | EDUCATIONAL LOAN SOLUTIONS LLC<br>P O BOX 11590<br>ROCK HILL, SC, 29732 | $12.10 |
| LATAVIA OSHAY JACKSON<br>12-32265-DHW | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $74.43 |
| CHARLENE SHIPMAN<br>12-11776-WRS | CHARLENE SHIPMAN<br>205 LOTUS LANE<br>TROY, AL, 36081 | $12.12 |
| LARRY L BUTLER<br>12-32651-DHW | LARRY L BUTLER<br>5839 BREWBAKER BLVD<br>MONTGOMERY, AL, 36116 | $59.00 |
| SANDRA G SMITH<br>12-32689-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $107.46 |
| DENNIS LEE FRANKLIN CARROLL<br>12-32737-DHW | DENNIS LEE FRANKLIN CARROLL<br>105 GROVEWOOD DR<br>MONTGOMERY, AL, 36108 | $64.16 |
| WILLIE LAMAR JR<br>CHERYL L LAMAR<br>12-32788-DHW | WILLIE LAMAR JR<br>CHERYL L LAMAR<br>P O BOX 213<br>AUTAUGAVILLE, AL, 36003 | $235.00 |
| DEBRA ELIZABETH NIPPER<br>12-12000-WRS | DEBRA ELIZABETH NIPPER<br>126 MIDDLE TRAIL<br>SYLVESTER, GA, 31791 | $1.04 |
| JOHNNIE LEE<br>12-81700-WRS | CLASSIC FINANCE OF ROANOKE<br>C/O MARY WILLIAMSON<br>66645 HWY 22<br>ROANOKE, AL, 36274 | $12.58 |
| JERMAINE BYRD<br>WENDY D BYRD<br>12-12087-WRS | TIME WARNER CABLE<br>104 S WOODBURN DR<br>DOTHAN, AL, 36301 | $7.40 |
| JAMES CLIFTON PEAY JR<br>12-12104-WRS | JAMES CLIFTON PEAY JR<br>810 S LENA ST<br>DOTHAN, AL, 36301 | $186.00 |
| ERIC LAMAR DUNN<br>12-81790-WRS | ERIC LAMAR DUNN<br>P O BOX 356<br>VALLEY, AL, 36854 | $144.00 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| TIMOTHY MCLOYD<br>LASHONDRA MCLOYD<br>12-33121-DHW | TIMOTHY MCLOYD<br>LASHONDRA MCLOYD<br>520 OLD FARM LANE APT G<br>PRATTVILLE, AL, 36066 | $136.37 |
| JERRY DUANE LEE<br>13-30100-DHW | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $38.48 |
| CYNTHIA PHILLIPS FRANKLIN<br>13-30423-DHW | CYNTHIA PHILLIPS FRANKLIN<br>1329 CO RD 59<br>CLANTON, AL, 35045 | $6.66 |
| BOBBY LOUIS JONES JR<br>13-80390-WRS | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $226.97 |
| GERALD T GREENE<br>MONICA J GREENE<br>13-30658-DHW | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $273.98 |
| ALICIA B CONNELL<br>13-10617-WRS | JAMES T GRIMES JR DMD<br>11 INDIGO PL<br>ENTERPRISE, AL, 36330 | $3.97 |
| WILLIAM S HOUSTON JR<br>SAMANTHA L HOUSTON<br>13-80515-WRS | CLASSIC FINANCE OF ROANOKE<br>66645 HWY 22<br>ROANOKE, AL, 36274 | $5.70 |
| LAKESHIA EMERSON<br>13-31007-DHW | LAKESHIA EMERSON<br>5801 BREWBAKER BLVD<br>MONTGOMERY, AL, 36116 | $91.32 |
| ALEXANDRIA GRIMES<br>13-31287-DHW | ALEXANDRIA GRIMES<br>719 E AZALEA AVE<br>FOLEY, AL, 36535 | $1.42 |
| LARISSA SCHULER<br>13-10885-WRS | LARISSA SCHULER<br>251 BLUFF SPRINGS RD LOT 5<br>COWARTS, AL, 36321 | $32.50 |
| ROBERT JOHNSON<br>13-81396-WRS | CAPITAL ONE AUTO FINANCE<br>C/O AIS PORTFOLIO LP<br>P O BOX 4360<br>HOUSTON, TX, 77210-4360 | $358.99 |
| KERRY MICHAEL MCDONALD<br>13-32572-DHW | KERRY MICHAEL MCDONALD<br>249 PORTORINO DR<br>HOPE HULL, AL, 36043 | $1,138.36 |
| TIMOTHY BLACKWELL<br>ANGELA BLACKWELL<br>13-32944-DHW | JACKSON HOSPITAL<br>C/O FREDERICK ENSLEN ATTY<br>6728 TAYLOR CT<br>MONTGOMERY, AL, 36117 | $37.98 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| PAULA PHIPHER<br>14-30559-DHW | TITLE CASH<br>5232 ATLANTA HWY<br>MONTGOMERY, AL, 36109 | $3.17 |
| CHRISTOPHER WAYNE LAMB<br>14-10590-WRS | CHRISTOPHER WAYNE LAMB<br>1590 CO RD 546<br>NEW BROCKTON, AL, 36351 | $4.31 |
| BRITTNEY KAAE TAYLOR<br>14-80711-WRS | BRITTNEY KAAE TAYLOR<br>2304 ROCKYBROOK RD APT E<br>OPELIKA, AL, 36801 | $7.31 |
| JAMES B CORBIN<br>14-11454-WRS | JAMES B CORBIN<br>720 S HWY 123 LOT #24<br>OZARK, AL, 36360 | $1.75 |
| WENDELL R MCDANIEL<br>PAULA F MCDANIEL<br>14-11620-WRS | WENDELL R MCDANIEL<br>PAULA F MCDANIEL<br>139 PROSPECT RIDGE RD<br>TROY, AL, 36079 | $117.00 |
| GINGER L SMITH<br>14-81525-WRS | GINGER L SMITH<br>1900 LEE RD 425<br>PHENIX CITY, AL, 36870 | $564.00 |
| MARK STEVEN WHITESIDE<br>15-31326-DHW | MARK STEVEN WHITESIDE<br>207 TAYLOR ST<br>ENTERPRISE, AL, 36330 | $1.65 |
| BRIAN DEXTER DAILEY<br>16-32908-DHW | BRIAN DEXTER DAILEY<br>785 CO RD 12<br>UNION SPRINGS, AL, 36089 | $1.83 |
| JASON ALAN HUBBARD<br>16-81383-WRS | JASON ALAN HUBBARD<br>2165 CO RD 65<br>LAFAYETTE, AL, 36862 | $150.00 |
| SEAN RAHTICE SALMON<br>16-12099-WRS | SEAN RAHTICE SALMON<br>1148 NEWTON AVE<br>OZARK, AL, 36360 | $1.61 |
| LASHAWN CHENCE KELLER<br>17-30131-DHW | LASHAWN CHENCE KELLER<br>413 CENTRAL BLVD<br>TALLASSEE, AL, 36078 | $886.22 |
| RAVEN WINBORN<br>17-30308-DHW | RAVEN WINBORN<br>2000A CHAPEL LAKES LANE<br>WETUMPKA, AL, 36092 | $132.00 |
| ERIC H MOSELEY<br>17-30311-DHW | ERIC H MOSELEY<br>693 MOSELEY RD<br>ECLECTIC, AL, 36024 | $228.46 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH